THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:12-cv-00203-MR-DLH

MICHAEL LAVIGNA and HEATHER J. )
LAVIGNA, )
                                                           )
                Plaintiffs, )
                                                           )
vs. )             <u>O R D E R</u>
                                                           )
SUNTRUST BANK, )
                                                           )
                Defendant. )

**THIS MATTER** is before the Court on the parties' Consent Motion for Stay Due to Plaintiffs' Bankruptcy [Doc. 32].

For the reasons stated in the parties' motion, and for cause shown,

**IT IS, THEREFORE, ORDERED** that the parties' Consent Motion [Doc. 32] is **GRANTED**, and this matter is hereby **STAYED** for a period of ninety (90) days. The deadline for the filing of dispositive motions is hereby **EXTENDED** to March 1, 2015. The case shall remain on the trial calendar for May 5, 2015.

**IT IS SO ORDERED.**

Martin Reidinger
United States District Judge